FRASCA et al., Appellants, v. PALUMBO, Respondent. (Supreme Court, Appellate Division, Second Department. April 28, 1911.)

Action by Giovanni Frasca and another against Giacinto Palumbo. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, for error in ruling in the exclusion of question as to the reasonable cost of the work, on page 18 of the minutes.